JOHN F. WITTEMORE, as Assignee of E. E. HUBER & Co., Appellant, v. LIGHT WORK PRODUCTS, INC., Respondent and Third-Party Plaintiff. BARLOW & SEELIG MANUFACTURING Co., Third-Party Defendant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of CHEMICAL BANK & TRUST COMPANY, as Trustee under the Will of ISAAC GREENBERG, Deceased, Respondent. CLARA GREENBERG, Appellant; LORRAINE GREENBERG, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs and printing disbursements to the respondent Lorraine Greenberg, and printing disbursements to the appellant Clara Greenberg, payable out of the estate. No opinion. Present— Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Trustee under the Will of CARRIE B. LEFFERTS, Deceased, Respondent. FLORENCE O'B. LEFFERTS, Appellant; MARY L. RAWLE et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with one bill of costs and with printing disbursements to the respondents Mary L. Rawle and Dorothy C. Lefferts Moore, payable out of the estate. No opinion. Present— Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 745.]

## (December 9, 1952.)

B. W. DYER & COMPANY, Appellant, v. HORACE A. MACKAY et al., Respondents.— In view of all the circumstances, including the expiration of the terms of the negative covenant of the contract, the judgment is unanimously affirmed, with costs to the respondents. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ. [See post, p. 813.]

In the Matter of 29 CORTLANDT STREET CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [29 Cortlandt St., Borough of Manhattan.] —Order unanimously reversed, with $20 costs and disbursements to the appellants, and the assessment reinstated. We think that all the evidence, as a whole, supported the assessment. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ.

MARRA BROS., INC., Appellant, v. WM. SPENCER & SON CORPORATION, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ.

PAUL KELLNER, Appellant, v. RUSSELL E. DUVERNOY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See post, p. 813.]